LILLIAN E. WIRTH, Appellant, *v.* GEORGE R. WIRTH, Respondent.

Submitted January 4, 1954; decided January 15, 1954.

*Harold R. Brophy* for respondent.

Motion to dismiss appeal withdrawn.